IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:16-cv-02771 |
| VS. | § | |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Brent Smith and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

*/s/ James M. McClenny* (w/permission)
James M. McClenny
State Bar No. 24091857
james@mma-pllc.com
Zach Moseley
State Bar No. 24092863
zach@mma-pllc.com
McCLENNY MOSELEY & ASSOCIATES, PLLC
1214 West Dallas St.
Houston, Texas 77019
Telephone: 713-334-6121
Facsimile: 713-322-5986.

**ATTORNEYS FOR PLAINTIFF**

*/s/ Vanessa Rosa*
Roger D. Higgins
State Bar No. 9601500
Vanessa Rosa
State Bar No. 24081769
**THOMPSON, COE, COUSINS & IRONS, L.L.P**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the ⁴ day of April , 2017.

*/s/Vanessa Rosa*
Vanessa Rosa