United States District Court
Southern District of Texas
**ENTERED**
April 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT SMITH, § | |
|  § | |
| Plaintiff, § | |
|  § | |
| VS. § | CIVIL ACTION NO. 4:16-cv-02771 |
|  § | |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE COMPANY § | |
|  § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the court considered the parties' proposed Agreed Order of Dismissal With Prejudice. It appearing to this Court that all matters in controversy between Plaintiff and Defendant have been fully and finally settled, the court is of the opinion that the proposed Agreed Order should be executed.

It is therefore ORDERED that this cause be and hereby is DISMISSED WITH PREJUDICE to the refiling of same.

It is further ORDERED that all costs of court are taxed against the parties incurring same.

SIGNED this 11 day of April, 2017.

_____
JUDGE PRESIDING

2665194v1
03646.527

APPROVED and AGREED

AS TO FORM and CONTENT:

/s/ James M. McClenny (w/permission)
James M. McClenny
State Bar No. 24091857
james@mma-pllc.com
Zach Moseley
State Bar No. 24092863
zach@mma-pllc.com
McCLENNY MOSELEY & ASSOCIATES, PLLC
1214 West Dallas St.
Houston, Texas 77019
Telephone: 713-334-6121
Facsimile: 713-322-5986.

**ATTORNEYS FOR PLAINTIFF**

/s/ Vanessa Rosa
Roger D. Higgins
State Bar No. 09601500
Vanessa Rosa
State Bar No. 24081769
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**